RICHARD G. BLAIR /CA SB # 65230
MORGAN MILLER BLAIR, A LAW CORPORATION
1331 N. California Blvd., Suite 200
Walnut Creek, CA 94596-4544
Telephone:  (925) 937-3600
Facsimile:  (925) 943-1106

Receiver

**FILED**
JUL 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
JUN 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND OFFICE

STEVEN BEIGEL,

   Plaintiff,

vs.

KEVIN DWAN, an individual; and KEVIN DWAN doing business as BLUE TOOLS SOFTWARE; and DOES 1 through 50, inclusive,

   Defendants.

CASE NO. C-02-3116-DLJ

**STIPULATION AND [PROPOSED] ORDER RE: PAYMENT OF INTERIM RECEIVERSHIP FEES**

The Receivership having incurred fees and costs in the sum of $2,205.00 through April 30, 2007, and the parties having approved the disbursement of Receivership funds to pay Receivership fees, and the Receivership account containing funds in the amount of $1,956.91 as of April 30, 2007, it is hereby ordered that the Receivership may disburse the remaining funds in the Receivership account to the Receiver's law firm, Morgan Miller Blair, a Law Corporation. Any unpaid fees will be paid at a future date.

APPROVED AS TO FORM:

Dated: 6/8/07

_____
Kenneth W. Pritikin,
Attorney for Steven Beigel

MORGAN MILLER BLAIR, A LAW CORPORATION

STIP. & [PROPOSED] ORDER RE: RECEIVERSHIP FEES
MMB:9512-001:784020.1

CASE NO. C-02-3116-DLJ

1

Dated: 15 Jun 2007

Lawrence Bernheim, Esq.
Attorney for Kevin Dwan

**IT IS SO ORDERED**

Dated: July 13, 2007

D. LOWELL JENSEN
JUDGE OF THE UNITED STATES DISTRICT
COURT – NORTHERN DISTRICT

MORGAN
MILLER
BLAIR,
A
LAW
CORPORATION

STIP. & [PROPOSED] ORDER RE: RECEIVERSHIP FEES          CASE NO. C-02-3116-DLJ
MMB:9512-001:784020.1

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN BEIGEL,

       Plaintiff,

v.

KEVIN DWAN an Individual; and KEVIN DWAN doing busines as BLUE TOOLS SOFTWARE,

       Defendant.

Case Number: CV02-03116 DLJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Wayne Pritikin
Foley McIntosh Frey & Claytor
3675 Mt. Diablo Blvd., Suite 250
Lafayette, CA 94549

Louis Lawrence Bernheim
Bernheim & Hicks
528 A Street
Santa Rosa, CA 95401

Richard G. Blair
Morgan Miller Blair
1331 North California Blvd., Ste. 200
Walnut Creek, CA 94596-4544

Dated: July 13, 2007

                                          Richard W. Wieking, Clerk

                                          By: Frances Stone, Deputy Clerk